IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LONNIE KING, #142330, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:03-CV-773-F |
| | ) | (WO) |
| WARDEN J. C. JILES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

Upon consideration of the prior proceedings, opinions and orders entered in this

case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendants

and against the plaintiff, and that this action is dismissed.

Done this the 30th day of September, 2005.

/s/ Mark E. Fuller

CHIEF UNITED STATES DISTRICT JUDGE
